UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2008 DEC -5  A 10: 32

BY DEPUTY CLERK

RONALD BROWN (#122225)                          CIVIL ACTION

VERSUS

WAREN CORNEL H. HUBERT, ET AL              NO. CIVIL ACTION 07-715-C

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated October 22, 2008.  Plaintiff has filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the plaintiff's claims against defendant Unknown Harris are dismissed, without prejudice, for failure of the plaintiff to serve this defendant within 120 days as mandated by Rule 4(m) of the Federal Rules of Civil Procedure.  Further, the Motion for summary Judgment of defendant Cornel Hubert, (rec. doc. 18) will be granted, dismissing the plaintiff's claims, with prejudice, and that this action will be dismissed.

Baton Rouge, Louisiana, December   4   , 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA