UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



RONALD BROWN(#122225

VERSUS

WARDEN CORNEL H. HUBERT, ET AL

CIVIL ACTION

NO.  07-715-C

**RULING**

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated April 7, 2009, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the motion for an extension of time to appeal (rec.doc. 23) is denied.

Baton Rouge, Louisiana, May  2 9  , 2009.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA